Florida East Coast Railway Company, Plaintiff in Error, vs. Elzie B. Hazel, Defendant in Error. (No. 2.)

Writ of error to Circuit Court, Putnam county; John D. Blackwell, Referee.

A. G. Hamlin and Benjamin P. Calhoun, for Plaintiff in Error.

Fowler & Fowler, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plantiff and the defendant takes writ of error. The judgment is affirmed.

Decision *Per Curiam.*